*McLaren, Petitioner, v. Dep't of Nat. Res., Respondent*, No. 93551-3. Petition for review of a decision of the Court of Appeals, No. 72512-2-I, June 20, 2016, 194 Wn. App. 1035. *Denied* January 4, 2017.

*Roil Energy, LLC, et al., Petitioners, v. Edington et al., Respondents*, No. 93552-1. Petition for review of a decision of the Court of Appeals, No. 32577-6-III, August 2, 2016, 195 Wn. App. 1030. *Denied* January 4, 2017.

*4518 S. 256th, LLC, Petitioner, v. Karen L. Gibbon, PS, et al., Respondents*, No. 93556-4. Petition for review of a decision of the Court of Appeals, No. 73834-8-I, August 15, 2016, 195 Wn. App. 423. *Denied* January 4, 2017.

*Conserv. Nw. et al., Respondents, v. Okanogan County, Petitioner*, No. 93567-0. Petition for review of a decision of the Court of Appeals, No. 33194-6-III, June 16, 2016, 194 Wn. App. 1034. *Denied* January 4, 2017.

*Providence Health & Servs.-Wash., Petitioner, v. Dep't of Health, Respondent*, No. 93569-6. Petition for review of a decision of the Court of Appeals, No. 73454-7-I, July 5, 2016, 194 Wn. App. 849. *Denied* January 4, 2017.

*State, Respondent, v. Horton, Petitioner*, No. 93575-1. Petition for review of a decision of the Court of Appeals, No. 46533-7-II, July 26, 2016, 195 Wn. App. 202. *Denied* January 4, 2017.

*State, Respondent, v. Mortenson, Petitioner*, No. 93576-9. Petition for review of a decision of the Court of Appeals, No. 73398-2-I, July 25, 2016, 195 Wn. App. 1014. *Denied* January 4, 2017.

*O'Neill, Respondent, v. City of Port Orchard, Petitioner*, No. 93580-7. Petition for review of a decision of the Court of Appeals, No. 47149-3-II, June 28, 2016, 194 Wn. App. 759. *Denied* January 4, 2017.